CHIEF JUSTICE
 CAROLYN WRIGHT
JUSTICES
 DAVID L. BRIDGES
 MOLLY FRANCIS
 DOUGLAS S. LANG
 ELIZABETH LANG-MIERS
 ROBERT M. FILLMORE
 LANA MYERS
 DAVID EVANS
 DAVID LEWIS
 ADA BROWN
 CRAIG STODDART
 BILL WHITEHILL
 DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

August 5, 2015


Nanette Hendrickson
Dallas County Public Defender's Office
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, TX 75207

RE:     05-14-01479/01480-CR
        Marcus McClarity v. The State of Texas

Counsel:

        Appellant filed a pro se motion to dismiss his appeal in cause no. 05-14-01479-CR. It does not appear to reference the appeal in cause no. 05-14-01480-CR. A copy of the motion is attached. Because the motion is not signed by counsel, the Court cannot take any action on it at this time. If you concur in appellant's decision, please sign the enclosed copy and return it to the Court within **FIFTEEN DAYS** of the date of this letter. Additionally, please confirm that appellant desires to continue his appeal in cause no. 05-14-01480-CR. We appreciate your attention to this matter.

                        Sincerely,

                /s/     Lisa Matz, Clerk of the Court


Enclosure

ltr:mrh